JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CLARENCE D. A., JR.,[1]

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,[2]

Defendant.

Case No. CV 24-9791 PVC

**JUDGMENT**

Pursuant to the Court's Memorandum Decision and Order, IT IS HEREBY ADJUDGED that the decision of the Commissioner is REVERSED, and this action is REMANDED for further administrative proceedings consistent with the Memorandum Decision and Order.

DATED: September 22, 2026

PEDRO V. CASTILLO
UNITED STATES DISTRICT JUDGE

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano, the Commissioner of Social Security is hereby substituted for Martin O'Malley, a predecessor originally named in the complaint. *See* 42 U.SC. § 405(g); Fed. R. Civ. P. 25(d).